Kirk D. Miller
Kirk D. Miller, P.S.
211 E Sprague Avenue
Spokane, WA  99202
(509)413-1494 Telephone
kmiller@millerlawspokane.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RYAN P. MCKEE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BISHOP, WHITE, MARSHALL & WEIBEL, P.S. a Washington Corporation<br><br>Defendant. | Case No.: CV-11-5075-LRS<br><br>COMPLAINT<br><br>[FDCPA] |

## I. **JURISDICTION**

1. Jurisdiction of this Court arises under 28 U.S.C. § 1331 and pursuant to 15 U.S.C. § 1692k(d).

2. This action arises out of Defendants' violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA") and their agents in their illegal efforts to collect a consumer debt from Plaintiff.

COMPLAINT -1

3. Venue is proper in this District because the acts and transactions occurred here, Plaintiffs reside here, and Defendants transact business here.

## II. PARTIES

4. Plaintiff Ryan McKee is a natural person who resides in the City of Richland County of Benton, State of Washington, and is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3).

5. Defendant, Bishop, White, Marshall & Weibel, P.S. (hereinafter "BWMW") is an entity who at all relevant times was engaged, by use of the mails and telephone, in the business of attempting to collect a "debt" from Plaintiff, as defined by 15 U.S.C. §1692a(5).

6. Defendant, Bishop, White, Marshall & Weibel, P.S. is a "debt collector" as defined by 15 U.S.C. § 1692a(6).

## III. FACTUAL ALLEGATIONS

7. Beginning or around 2005, Plaintiff Ryan McKee incurred a financial obligation that was primarily for personal, family or household purposes and is therefore a "debt" as that term is defined by 15 U.S.C. § 1692a(5). Namely, Defendant BWMW claimed that Mr. McKee owed money to Discover Bank, Issuer of the Discover Card.

8. Mr. McKee did not sign a contract with Discover Bank, Issuer of the Discover Card, or any of Discover Bank's subsidiaries or parent corporations, in Spokane County.

COMPLAINT -2

9. Mr. McKee disputes the amount of the debt that Defendant BWMW claims is owed.

10. Mr. McKee also disputes whether the Discover Bank is the real party in interest with respect to the debt claimed owed by BWMW.

11. On September 14, 2010, BWMW commenced a lawsuit against Mr. McKee in Spokane County Superior Court to collect the debt allegedly owed to Discover Bank by serving him at his usual place of abode in Benton County, Washington.

12. On September 14, 2010, Mr. McKee did not reside in Spokane County, Washington.

13. On January 28, 2011, BWMW filed the lawsuit against the Mr. McKee in Spokane County (Spokane Superior Court Cause Number 11-2-00434-6).

14. At all times between September 14, 2010 and the present, Mr. McKee has resided in Benton County, Washington and not in Spokane County, Washington.

15. As a result of BWMW prosecuting its lawsuit against Plaintiff in a distant forum, Mr. McKee has incurred considerable expenses, including but not limited to missed work and traveling to Spokane on March 25, 2011 to attend a Summary Judgment hearing that Defendant noted but failed to call in ready and was stricken from the docket.

## IV. TRIAL BY JURY

16. Plaintiff is entitled to and hereby respectfully demands a trial by jury on all issues so triable. US Const. amend. 7. Fed.R.Civ.P. 38.

COMPLAINT -3

## V. CAUSE OF ACTION

**VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT**
**15 U.S.C. § 1692 et seq.**

17. Mr. McKee incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

18. The foregoing acts of BWMW and their agents constitute a violation of the FDCPA including, but not limited to FDCPA, 15 U.S.C. § 1692i.

19. As a result of each of Defendant's violations of the FDCPA, Plaintiff is entitled to actual damages pursuant to 15 U.S.C. § 1692k(a)(1); statutory damages up to $1,000.00 pursuant to 15 U.S.C. §1692k(a)(2)(A); and, reasonable attorney's fees and costs pursuant to 15 U.S.C. § 1692k(a)(3), from the Defendant herein.

## VI. PRAYER FOR RELIEF

20. Plaintiffs pray that judgment be entered against Defendant:

   ➤ for an award of actual damages pursuant to 15 U.S.C. § 1692k(a)(1) against Defendant and for Plaintiff;

   ➤ for an award of statutory damages of $1,000.00 pursuant to 15 U.S.C.§1692k(a)(2)(A) against each and every Defendant and for each Plaintiff;

   ➤ for an award of costs of litigation and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k(a)(3) against Defendant and for Plaintiff;

   ➤ for such other and further relief as may be just and proper.

1  Respectfully Submitted this 10th day of May, 2011

                                    *KIRK D. MILLER, P.S.*

                                    **/s Kirk Miller**
                                    Kirk D. Miller
                                    WSBA # 40025
                                    211 E. Sprague Ave.
                                    Spokane, WA 99202
                                    Telephone: (509) 413-1494
                                    Facsimile: (509) 413-1724
                                    kmiller@millerlawspokane.com
                                    **Attorney for Plaintiff**

COMPLAINT -5