# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RYAN P. MCKEE,<br><br>    Plaintiff,<br><br>vs.<br><br>BISHOP, WHITE, MARSHALL & WEIBEL, P.S.,<br><br>    Defendant. | No. CV-11-5075-LRS<br><br>ORDER ON<br>JOINT MOTION TO DISMISS |

The Court, having reviewed the parties' Joint Motion to Dismiss, ECF No. 3, now enters the following Order:  It is hereby Ordered that ECF No. 3 is GRANTED, and Plaintiffs' complaint is dismissed with prejudice in its entirety, with each party bearing their own costs.

There being no reason for delay, the clerk shall enter this order and close the above-captioned matter.

ENTERED this 20th day of June, 2011.

*s/Lonny R. Suko*

    LONNY R. SUKO
United States District Court Judge

ORDER ON JOINT MOTION TO DISMISS - 1
CV-11-5075-LRS
5340979_1